# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

Counsel presenting oral argument should appear in person at the Clerk's Office NO LATER THAN 8:30 A.M. on the day of the hearing

Clerk's Office
56 Forsyth Street, N.W.
Atlanta, Georgia 30303
(404) 335-6131

HEARING LOCATION

Courtroom 339
Elbert P. Tuttle United States Court of Appeals Building
56 Forsyth Street, N.W.
ATLANTA, GEORGIA

COURT CONVENES AT 9:00 A.M.
(unless otherwise shown)

DAVID J. SMITH
Clerk of Court
United States Court of Appeals
for the Eleventh Circuit
(404) 335-6100

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### TUESDAY, JULY 23, 2024

| | |
|---|---|
| 21-14425 | United States v. Aaron Green, Jr., Appellant |
| 22-13428 | United States v. Elvis Ogiekpolor, Appellant |
| 23-12746 | Anthony Coriell, Appellant v. Officer Dominic Snyder, et al. |
| 22-12071 | M.H., et al. v. Commissioner of the Georgia Department of Community Health, Appellant |

### WEDNESDAY, JULY 24, 2024

| | |
|---|---|
| 23-10734 | United States v. Jo Ann Macrina, Appellant |
| 22-13018 | United States v. Allen Pendergrass, Appellant |
| 22-14234 | A.W. by and through J.W., et al., Appellants v. Coweta County School District, et al. |
| 22-11903 | Louis Mercado, Appellant v. Secretary, Florida Department of Corrections, et al. |

### THURSDAY, JULY 25, 2024

| | |
|---|---|
| 22-12750 | United States v. Frank Bell, et al., Appellants |
| 23-11432 | Bay Point Capital Partners II, LP, Appellant v. Thomas Switch Holding, LLC |
| 23-10406 | Walter Pettaway v. Nicholas Barber, Appellant |
| 23-11036 | Roland McCarthy, Appellant v. City of Cordele Georgia, et al. |

### FRIDAY, JULY 26, 2024

| | |
|---|---|
| 20-10730 | United States v. Vertuies Wall, et al., Appellants |
| 22-10963 | Bruce Jacobs, Appellant v. JP Morgan Chase Bank, N.A. |
| 22-10774 | Katia Gauthier, Appellant v. Total Quality Logistics LLC |
| 23-10467 | Biscayne Beach Club Condominium Association, Inc. v. Westchester Surplus Lines Insurance Company, Appellant |

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
05/06/24 - #19