# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11432

_____

In re: VIRTUAL CITADEL, INC., et al.,

                                                                                                   Debtor.

_____

BAY POINT CAPITAL PARTNERS II, LP,

                                                                          Plaintiff-Appellant,

*versus*

THOMAS SWITCH HOLDING, LLC,

                                                                          Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-00074-SEG

_____

This opinion has been changed as follows:

On page 2 of the slip opinion, in the first paragraph, the following sentence should state "incorrect" rather than "correct": "Second, considering those findings, did the bankruptcy court choose the **incorrect** method to value the property as a matter of law?"